UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **KAYLIN JOHNSON**, <br><br> Plaintiff, <br><br> vs. <br><br> **JUDITH GRACEY**, <br><br> Defendant. | **2:23-CV-10600-TGB** <br><br><br> **JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED WITH PREJUDICE.**

Dated at Detroit, Michigan:   March 28, 2023.

KINIKIA ESSEX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE